**No. 61433.**—Marconi Instruments, Ltd., et al. *v.* United States, protests 193760–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of klystron tubes the same in all material respects as those the subject of *Marconi Instruments, Ltd.* v. *United States* (38 Cust. Ct. 311, C. D. 1880), the claim of the plaintiffs was sustained.

JANUARY 2, 1958

**No. 61434.**—SUIT 4933.—Paillard Products, Inc. *v.* United States.—

—C. D. 1891.

(Appeal dismissed November 8, 1957.)